No. 1306. EL PUEBLO, APELADO, *v.* CRUZ, APELANTE.—Seducción. Arecibo. Diciembre 9, 1918. *Confirmada la sentencia apelada.*

---

No. 1314. EL PUEBLO, APELADO, *v.* SERRANO ET AL., APELANTES.—Conspiración. Arecibo. Diciembre 9, 1918. *Confirmada la sentencia apelada.*

---

No. 1325. EL PUEBLO, APELADO, *v.* GRANADO, APELANTE.—Delito contra la salud pública. Mayagüez. Diciembre 9, 1918. *Revocada la sentencia apelada y absuelto el acusado.*

---

No. 1326. EL PUEBLO, APELADO, *v.* GONZÁLEZ, APELANTE.—Injuria y calumnia. Humacao. Diciembre 9, 1918. *Confirmada la sentencia apelada.*

---

No. 1330. EL PUEBLO, APELADO, *v.* RAMÍREZ, APELANTE.—Incesto. Humacao. Diciembre 9, 1918. *Confirmada la sentencia apelada.*

---

No. 1337. EL PUEBLO, APELADO, *v.* RAMOS, APELANTE.—Infracción del artículo 288 del Código Penal. Humacao. Diciembre 12, 1918. *Confirmada la sentencia apelada.*

---

No. 1340. EL PUEBLO, APELADO, *v.* PADÍN, APELANTE.—Abuso de confianza. Arecibo. Diciembre 12, 1918. *Confirmada la sentencia apelada.*

---

No. 241. SUCESIÓN DE JESÚS, PETICIONARIO, *v.* LLOREDA, JUEZ DISTRITO ARECIBO, DEMANDADO. — *Certiorari.* Diciembre 13, 1918. *No ha lugar a expedir el auto.*